

**FILED**

11/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0662

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 24-0662

_____

COLTER ALEXANDER McGUIGAN,

     Petitioner,

v.

                                            **O R D E R**

JAMES SALMONSEN, WARDEN,
Montana State Prison,

     Respondent.

**FILED**

NOV 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

     Colter Alexander McGuigan has filed a verified Petition for Writ of Habeas Corpus, indicating that the Department of Corrections (DOC) has incorrectly calculated his sentence, thereby illegally extending his parole eligibility or prison discharge dates. He includes a copy of the Gallatin County District Court's Amended Sentencing Order, issued on June 15, 2022 and of a July 6, 2023 sentence calculation where the DOC runs the sentence consecutively. Pointing to page four of the court's Order, he states that the court ran the sentence concurrently with his sentence from the Powell County District Court. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

     IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

     The Clerk is directed to provide a copy of this Order to counsel of record and to Colter Alexander McGuigan personally.

     DATED this 20th day of November, 2024.

_____
                               Justice